No. 449. Foster v. United States. Court of Claims. Certiorari denied. *Nathan L. Silberberg* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Herman Marcuse* for the United States.

No. 462. Lucas v. Indiana ex rel. Board of Medical Registration and Examination. Supreme Court of Indiana. Certiorari denied. *Dan C. Flanagan* for petitioner. *J. Emmett McManamon,* Attorney General of Indiana, and *Thomas L. Webber,* Deputy Attorney General, for respondent.

No. 469. Miley v. Lovett, Secretary of Defense, et al. C. A. 4th Cir. Certiorari denied. *Edmund D. Campbell* and *Grant W. Wiprud* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for respondents.

No. 472. Mitchell v. Tribune Company. Appellate Court of Illinois, First District, and Supreme Court of Illinois. Certiorari denied.

No. 475. Conference of Studio Unions et al. v. Loew's, Incorporated et al. C. A. 9th Cir. Certiorari denied. *Robert W. Kenny* for petitioners. *Harold F. Collins, Homer I. Mitchell* and *William W. Alsup* for Loew's, Incorporated et al.; and *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for Walsh et al., respondents.

No. 478. Nu-Car Carriers, Inc. v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied. *Jacob S. Spiro* for petitioner. *Solicitor General Perlman,*

*David P. Findling* and *Mozart G. Ratner* for respondent.

No. 481. HUMBLE OIL & REFINING CO. ET AL. *v.* SUN OIL Co. C. A. 5th Cir. Certiorari denied. *Gordon Boone, Robert H. Kelley, R. E. Seagler, Rex G. Baker* and *Nelson Jones* for petitioners. *Chas. D. Turner, Fritz L. Lyne* and *Martin A. Row* for respondent. *Price Daniel,* Attorney General, and *Jesse P. Luton, Jr.,* Assistant Attorney General, filed a brief for the State of Texas, as *amicus curiae,* supporting respondent.

No. 482. BARSHOP *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Sylvan Lang, Bernard Ladon, Leslie Byrd* and *Dan Moody* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack, Meyer Rothwacks* and *Fred G. Folsom* for the United States.

No. 488. HEAGNEY *v.* BROOKLYN EASTERN DISTRICT TERMINAL. C. A. 2d Cir. Certiorari denied. *Carlton A. Walls* and *B. Nathaniel Richter* for petitioner. *Henry A. Mulcahy* for respondent.

No. 4. UNITED STATES *v.* COPLON. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States. *Leonard B. Boudin, Samuel A. Neuburger* and *Sidney S. Berman* for respondent.

No. 9, Misc. BARNES *v.* HUNTER, WARDEN. C. A. 10th Cir. Certiorari denied.